1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11
12
13

Federal Home Loan Mortgage
Corporation,
  its assignees and/or successors,

                         Plaintiff,

14

    v.

15

Martin Mercado,
  and DOES 1-10, inclusive,

16

                       Defendant.

Case No. 11cv1962 BTM (POR)

**AMENDED ORDER REMANDING
CASE**

17
18
19
20
21
22
23
24
25

     On May 27, 2011, Plaintiff Federal Home Loan Mortgage Corporation filed an unlawful detainer action against Defendants Martin Mercado and DOES 1-10 in the Superior Court of California, County of San Diego.  On June 6, 2011, Martin Mercado filed a demurrer, claiming that Plaintiff's complaint was defective on its face due to defects in the notice to vacate previously provided to Defendant.  On August 25, 2011, Defendant Martin Mercado filed a notice of removal in this Court, alleging subject-matter jurisdiction under 28 U.S.C. § 1331.  The Court has reviewed Defendant's notice of removal and determines that the district court lacks removal jurisdiction over this action.

26
27
28

     The determination of subject-matter jurisdiction under 28 U.S.C. § 1331 ("Federal question") is governed by the "well-pleaded complaint" rule, under which federal jurisdiction extends over "only those cases in which a well-pleaded complaint establishes either [1] that

1    federal law creates the cause of action or [2] that the plaintiff's right to relief necessarily

2    depends on resolution of a substantial question of federal law."  Franchise Tax Bd. of

3    California v. Construction Laborers Vacation Trust, 463 U.S. 1, 14 (1983).  The well-pleaded

4    complaint rule makes a plaintiff the "master of his complaint" and allows him to "avoid federal

5    jurisdiction by relying exclusively on state law."  Balcorta v. Twentieth Century-Fox Film

6    Corp., 208 F.3d 1102, 1106 (9th Cir. 2000).

7            Defendant asserts that federal jurisdiction is proper in this action because  the "action

8    . . . originally could have been filed in this Court."  (Notice of Removal at ¶ 6.)  However,

9    Plaintiff's actual well-pleaded complaint states only a single cause of action for unlawful

10   detainer, a state law claim, and therefore does not confer subject-matter jurisdiction on this

11   Court.  See Federal Home Loan Mortg. Corp. v. Garcia, No. 1:11-cv-00711, 2011 WL

12   2433360 at *3 (E.D. Cal. June 13, 2011)  (remanding unlawful detainer action for lack of

13   subject-matter jurisdiction); Federal Home Loan Mortg. Corp. v. Munoz, No. 2:11-cv-02186,

14   2011 WL 1322776 at *2 (C.D. Cal. Apr. 6, 2011) (same); Federal Home Loan Mortg. Corp.

15   Co. N.A. v. Martinez, No. 2:10cv2823, 2010 WL 4942811 at *1 (E.D. Cal. Nov. 30, 2011)

16   (same).

17           Mercado also asserts that "[f]ederal question jurisdiction exists because Defendants'

18   demurrer, a pleading, depend[s] on the determination of Defendants' rights and Plaintiff's

19   duties under federal law."  (Notice of Removal at ¶ 10.)  Although a demurrer is a pleading,

20   it is not a complaint.  The presence or absence of federal issues in the demurrer has no

21   bearing on whether Mercado can remove this action under the well-pleaded complaint rule.

22   See Gomez v. G.E. Contreras, Inc., No. CV 09-00168, 2009 WL 363724 at *3 (C.D. Cal. Feb.

23   12, 2009) (remanding case, despite party's assertion of federal issue in demurrer, because

24   "complaint raise[d] only state law issues").

25

26

27

28

1       Under the removal statutes, the Court is obligated to remand if "at any time before

2  final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C.

3  § 1447(c).  Therefore, the Court remands this action.  The clerk shall remand this action

4  forthwith to the Superior Court of California, Imperial County at El Centro.  Judgment shall

5  be entered accordingly.

6

7

8  **IT IS SO ORDERED.**

  Dated:<u>October 24, 2011</u>

9                                          **HONORABLE BARRY TED MOSKOWITZ**

10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28