# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Federal Home Loan Mortgage Corporation

V.

Martin Mercado; Does 1-10 inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   11CV1962-BTM-POR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that under the removal statutes, the Court is obligated to remand if "at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. § 1447(c). Therefore, the Court remands this action to the Superior Court of California, Imperial County at El Centro.

| October 25, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON October 25, 2011